**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**PEDRO PONCE DOMIGUEZ,**

      Plaintiff,

**v.**　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 2:01-cv-457-J-16DNF**

**PHYSICIAN LANG, SENIOR PHYSICIAN
ROBERT BRIGGS, SUPERINTENDENT
WARREN CORNELL, SECRETARY OF
D.O.C. MICHAEL W. MOORE, S.H.S.A.
MICHAEL SCHMIDT, FOOD SERVICES
DEPARTMENT, FOOD SERVICE DIRECTOR
MICHAEL HENNESSEY,**

      Defendants**.**
_____/

## ORDER

On August 2, 2005 this Court entered an Order (Dkt. 76) granting summary judgment for Defendants Robert Briggs, M.D., Warren Cornell and Michael Moore and directing the Clerk of the Court to enter Judgment in favor of these Defendants and to close the case. Because Plaintiff only filed a Motion for Appointment of Counsel (Dkt. 74) and a document entitled a "Brief Summary of Contents Pleadings of Motion" (Dkt. 75), the Court considered the Defendants' Motion for Summary Judgment to be unopposed. Judgment was entered by the Clerk in favor of Defendants Robert Briggs, M.D., Warren Cornell and Michael Moore on August 3, 2005 (Dkt. 77). Nevertheless, on August 29, 2005, Plaintiff filed a Motion for Rehearing for Relief from Final Judgment Pursuant to Rule 60 Fed. R. Civ. P. (Dkt. 78).

In Plaintiff's Motion (Dkt. 78), Plaintiff contends he "did properly respond to defendants [sic] Motion for Summary Judgment. But the mailroom at Washington Correctional Institution of

the Department of Corrections did not forward the Summary Judgment Notice Order and [sic] mailed on July 5, 2005." Id. at 1. Apparently, Plaintiff argues the Summary Judgment Notice (Dkt. 73) was not properly forwarded by the Washington Correctional Institute in Chipley, Florida to the Reception Medical Center in Lake Butler, Florida and instead was returned to the Court (Dkt. 78 at 1-2).

Out of an abundance of caution and because the Court is concerned whether Plaintiff received notice of Defendants' Motion for Summary Judgment (Dkt. 72), the Court is going to re-open this case. However, at this point the case is only re-opened to the extent that Defendants are directed to notify the Court, no later than September 19, 2005, as to whether Plaintiff received notice of Defendants, Robert Briggs, M.D., Warren Cornell and Michael Moore, Motion for Summary Judgement (Dkt. 72). If the Court is informed that Plaintiff in fact did not receive notice of Defendants' Motion for Summary Judgment (Dkt. 72), the case shall be re-opened and Defendants shall provide Plaintiff with a copy of their Summary Judgment Motion (Dkt. 72). Plaintiff will then be given the opportunity to file a response. Accordingly, upon due consideration, it is hereby **ORDERED AND ADJUDGED:**

1. Defendants are directed to notify the Court no later than **September 19, 2005** as to whether Plaintiff received  notice of Defendants, Robert Briggs, M.D., Warren Cornell and Michael Moore, Motion for Summary Judgement (Dkt. 72).

   **DONE AND ORDERED** at Jacksonville, Florida, this ____7__ day of September 2005.

copies:
Counsel of record
*Pro se* Plaintiff

_____
JOHN H. MOORE II
United States District Judge